SO ORDERED,




Judge Jason D. Woodard

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  
    FITCH, JERRY S, SR.

CHAPTER 7

CASE NO. 09-11105 JDW

### ORDER APPROVING TRUSTEE'S FINAL REPORT

**THIS DAY** this cause came before this Court on the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Notice of Proposed Distribution; and the Court having fully reviewed the same finds that said Final Report should be approved as set forth herein.

**IT IS, THEREFORE, ORDERED** that the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Notice of Proposed Distribution is hereby approved, and the Trustee is hereby authorized and directed to distribute the funds of this estate as set forth below, to be adjusted for additional estate earned interest, if any.

| Name of Party: | Description: | Amount: |
|---|---|---|
| Chapter 7 Administrative Expenses: | | |
| STEPHEN SMITH | Trustee Compensation (Successor Trustee) | 1,980.37 |
| HON. SELENE D. MADDOX | Trustee Compensation (Initial Trustee) | 1,980.37 |
| STEPHEN SMITH | Trustee Expenses (Successor Trustee) | 75.00 |
| OFFICE OF THE U. S. TRUSTEE | U.S. Trustee Quarterly Fees | 325.00 |
| **TOTAL Chapter 7 Administrative Expenses** | | **4,360.74** |
| Priority Tax Claims: | | |
| INTERNAL REVENUE SERVICE | Claim No. 26 | 6,147.31 |
| **TOTAL Priority Tax Claims** | | **6,147.31** |
| Unsecured Claims: | | |
| GMAC | Claim No. 1 | 99.76 |
| BP PRODUCT OF NORTH AMERICA, INC. | Claim No. 27 | 2,876.05 |

| | | |
|---|---|---:|
| TRUMAN ARNOLD COMPANIES | Claim No. 28 | 558.00 |
| WORLD FUEL SERVICES, INC. | Claim No. 29 | 1,995.51 |
| MARTIN GAS SALES | Claim No. 34 | 2,132.29 |
| **TOTAL Unsecured Claims** | | **7,661.61** |
| **TOTAL Funds to be Disbursed** | | **18,169.66** |

**IT IS FURTHER ORDERED** that the Trustee shall make all disbursements authorized herein within ten (10) days of the entry of this Order becoming final and non-appealable.

**IT IS FURTHER ORDERED** that within ninety (90) days after distribution of estate funds the Trustee shall stop payment on any check remaining unpaid and any remaining property of the estate shall be paid into the Court and disposed of under Chapter 129 of Title 28.

**IT IS FURTHER ORDERED** that within 125 days of the entry of this Order the Trustee will provide to the United States Trustee the Trustee's Distribution Report in accordance with the policy and procedures of the Office of the United States Trustee.

**SO ORDERED.**

## END OF ORDER##

**Order prepared and submitted by:**
Stephen Smith, Trustee
1052 Highland Colony Parkway, Suite 100
Ridgeland, Mississippi 39157
Telephone: (601) 605-0722
Facsimile: (601) 605-0733
Email: trustee@hrkcpa.com